**Order entered December 5, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00204-CV

### IN THE INTEREST OF J.T.S. AND J.R.S., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-02901**

## ORDER

Before the Court is appellant's December 1, 2017 motion to supplement her brief. We

**DENY** the motion.

/s/    CAROLYN WRIGHT
      CHIEF JUSTICE